SLR:MMD
F.# C104-00839

Courtesy Copy

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 2 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

   - against -

MICHAEL L. BRODY, D.P.M.,

        Defendant.

- - - - - - - - - - - - - - - - -X

CONSENT JUDGMENT

Civil Action
No. CV-05-1405
(Weinstein, J.)
(Wall, M.J.)

The above-captioned action having been commenced in on March 16, 2005, by the filing of a Complaint by Plaintiff United States of America for the recovery of a debt owed to it,

Now, on the joint application and with the consent of Defendant MICHAEL L. BRODY, D.P.M., and ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, attorney for Plaintiff, Mary M. Dickman Assistant U.S. Attorney, of counsel, it is hereby

ORDERED AND ADJUDGED that this Consent Judgment be entered in favor of Plaintiff United States of America and against Defendant MICHAEL L. BRODY, D.P.M., and that Plaintiff United States of America recover of the Defendant the sum of $206,968.64, together with interest from the date of this judgment at the rate

1



prescribed by law; and that Plaintiff have execution therefore.

IT IS FURTHER ORDERED AND ADJUDGED that the United States District Court for the Eastern District of New York shall retain jurisdiction of this matter to enforce the terms of this Consent Judgment.

Dated: Brooklyn, New York
7/1, 2005

*close the case*

_____
HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Consented to as to
form and entry:

ROSLYNN R. MAUSKOPF
United States Attorney

_____  Dated: 6/24/05
Mary M. Dickman (MD-7379)
Assistant U.S. Attorney
1 Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201
(718) 254-6022


DEFENDANT PRO SE

_____  Dated: 6/1/05
MICHAEL L. BRODY, D.P.M.
75-01 Fairfield Way
Commack, New York 11725
(631) 445-3147

2